

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00140-CV |
| MCDONALD'S RESTAURANTS OF TEXAS, INC., | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore conditionally grant the petition for writ of mandamus. The writ will issue only if Respondent does not do so within ten days of this order.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox, Soto, JJ.